1
2
3
4
5
6
7
8
9
10                    **UNITED STATES DISTRICT COURT**
11                   **SOUTHERN DISTRICT OF CALIFORNIA**
12

| | |
|---|---|
| FRANCISCO SANTANA-QUINTERO,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al.,<br><br>Respondents. | CASE NO: 08-CV-683 W (WMC)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER RESETTING BRIEFING SCHEDULE**<br><br>28 U.S.C. § 2241 |

Pending before the Court is Respondents' ex parte application for an order re-setting the briefing schedule. Having read and considered the papers submitted, and good cause appearing, the Court **GRANTS** the motion (Doc. No. 6) and **ORDERS** as follows:

   1.   Respondents shall file and serve a responsive pleading no later than **July 14, 2008**. The answer shall include any documents relevant to the determination of the issues raised in the Petition.

//
//
//

2. If Petitioner wishes to reply to the Respondents' answer, a traverse or other appropriate pleading must be filed no later than **August 14, 2008**. Upon the filing of the foregoing, the parties shall await the further order of this Court.

**IT IS SO ORDERED.**

DATED: June 11, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

cc: All parties