FILED

2008 JUN 23 PM 3: 16

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SANTANA-QUINTERO,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Respondents. | Civil No.   08-0683 W (WMc)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AS MOOT** |

On April 15, 2008, Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner also paid the $5.00 filing fee (doc. no. 1). Subsequently, on June 9, 2008, Petitioner filed a document which this Court construes as a request to proceed in forma pauperis (doc. no. 10.) Because Petitioner has paid the filing fee, the Court **DENIES** Petitioner's application to proceed in forma pauperis as moot.

**IT IS SO ORDERED.**

DATED: 6/18/08

_____
Thomas J. Whelan
United States District Judge