1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FRANCISCO SANTANA-
QUINTERO,

                          Petitioner,

    v.

MICHAEL CHERTOFF, et al.,

                          Respondents.

CASE NO:  08-CV-0683 W (WMc)

**ORDER GRANTING EX PARTE
MOTION TO HOLD
PROCEEDINGS IN ABEYANCE
(DOC. NO. 18)**

        Pending before the Court is Respondents' ex parte motion to hold proceedings
in abeyance.  According to the motion, on July 25, 2008, the Ninth Circuit issued <u>Casas-
Castrillon v. DHS</u>, – F.3d–, 2008 WL 2902026 (9th Cir. July 25, 2005) and <u>Prieto-
Romero v. Clark</u>, – F.3d–, 2008 WL 2853396 (9th Cir. July 25, 2005).  Under these
decisions, Respondents believe that Petitioner may be entitled to a bond hearing before
an Immigration Judge.  Respondents, therefore, request that these proceedings be held
in abeyance until October 12, 2008.  Respondents also assert that Petitioner does not
object to the ex parte motion.  (Norris Decl., ¶3.)
//
//

1    Accordingly, having reviewed the moving papers, and good cause appearing, the

2 Court **GRANTS** the ex parte motion (Doc. No. 18), and **ORDERS** that these

3 proceedings are held in abeyance until __**OCTOBER 12, 2008.**__

4    **IT IS SO ORDERED.**

5

6

7 DATED:  August 13, 2008

8           _____

9           Hon. Thomas J. Whelan
            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28