UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 AUG 26 PM 3:34
Whelan CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 8/20/2008
CASE NO.: 08cv0683 W (WMc)    DOCUMENT FILED BY: Petitioner
CASE TITLE: Santana-Quintero v. Chertoff, et al
DOCUMENT ENTITLED: Motion to Change Venue

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case under abeyance until 10/12/2008.** You may refile motion after 10/12/08. |

Date forwarded: 8/21/2008

ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: THOMAS J. WHELAN

Dated: 8/25/08    By: Law Clerk
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Francisco Santana Quintero  A # 39-717-782  <u>Detained</u> at ICE-El Centro Detention Center
1115 North Imperial Avenue  El Centro, California 92243-1739

# UNITED STATES SOUTHERN DISTRICT COURT

IN THE MATTER OF:

FRANCISCO SANTANA QUINTERO  A # 39-717-782    )
   (Petitioner, Plaintiff)    **(In Pro Se)**             )
                                                      Vs.                                     )

**MICHAEL CHERTOFF**, Secretary of the Department of    )
Homeland Security; **MICHAEL B. MUKASEY**, Attorney    )
General; **JULIE L. MYERS**, Assistant Secretary, United States  )
Board of Immigration and Customs Enforcement (BICE); **ROBIN**)
**BAKER**, Director, San Diego ICE-Field Office District Director; )
**ROBERT G. RILLAMAS**, Assistant ICE-Field Office Director- )
El Centro; **JOEL MATA**, Supervisor of Detention and       )
Deportation Officers-El Centro Processing Center,           )
          <u>Defendants – Respondents</u>                 )

**REJECTED** August 16, 2008

<u>Civil</u> File

Case No. 39-717-782

# MOTION
# TO CHANGE VENUE

Petitioner (In Pro Se), Francisco Santana Quintero, humbly and respectfully requests for this motion for a change of venue in these removal proceedings be granted for the following valid reasons:

1.) Petitioner hereby contests the allegations in the Notice to Appear and does not concede removability as charged in the Notice to Appear.

2.) If Motion to Change Venue is granted, Petitioner plans to keep pursuing his application for Cancellation of Removal and/or other type of relief available to him that he qualifies for; even all the way to the Supreme Court if necessary because he does not want to be separated from his family, his wife and 6 children, 3 of them still minors (2 girls and one boy), still living at home that he's still responsible for and whom will all suffer extreme hardship if deported, much more than they are already suffering now.

3.) Petitioner does not reside in or anywhere near El Centro, California. He lives in Commerce City, Colorado where his family resides, close to Denver, Colorado. If present Motion for Change of Venue to Aurora, Colorado where ICE has a detainment center is granted, his family will only be about 10 or 15 minutes away making it possible, convenient and very easy for the family to have family visits.